UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL HAMILTON,

               Plaintiff,

         -against-

RICHARD FARRELL, Assistant District Attorney,
et al.,

              Defendants.

25-CV-10359 (AS)

ORDER DENYING IFP APPLICATION

ARUN SUBRAMANIAN, United States District Judge:

      Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed, within 30 days of the date of this order, either (1) to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee; or (2) to file an amended IFP application with more complete information showing that Plaintiff is unable to pay such fees. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

      SO ORDERED.

Dated:   December 30, 2025
         New York, New York

                                 ARUN SUBRAMANIAN
                             United States District Judge