UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miguel Hamilton,

                        Plaintiff,

            -against-                                        25-CV-10359 (AS)

Richard Farrell et al.,                                     ORDER

                        Defendants.

ARUN SUBRAMANIAN, United States District Judge:

On January 30, 2025, the Court issued an order directing plaintiff to either pay the filing fee or file an amended IFP application, warning that the action would be dismissed without prejudice if plaintiff did neither. Dkt. 4.

To date, plaintiff has not paid the filing fee nor filed a revised IFP application. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: February 2, 2026
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge