UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL HAMILTON,

               Plaintiff,

       -against-

RICHARD FARRELL, ASSISTANT
DISTRICT ATTORNEY, ET AL.,

              Defendants.

25-CV-10359 (AS)

ORDER TO REOPEN AND ORDER OF
SERVICE

ARUN SUBRAMANIAN, United States District Judge:

By order dated December 30, 2025, the Court denied Plaintiff's application to proceed *in forma pauperis* and granted Plaintiff 30 days' leave to pay the filing fees. On February 2, 2026, the Court dismissed the action without prejudice based on the apparent failure to do so.

Thereafter, the court's Finance Unit notified the undersigned that it had received the $405 in filing fees on January 29, 2026, but that the fee had not been credited to this action because Plaintiff had not included the docket number. Accordingly, because it appears that Plaintiff timely paid the filing fees, the Court directs the Clerk of Court to vacate the order of dismissal (ECF 5) and reopen this action. As set forth below, the Court makes the following orders for service of the summons and complaint.

## DISCUSSION

**A.     Request for waivers from New York City Police Department Defendants**

Plaintiff is responsible for service of the summons and complaint. The Clerk of Court is directed to electronically notify the New York City Police Department (NYPD) and the New York City Law Department of this order. The Court requests a waiver of service of summons from each of the following Defendants: Detective Greene Kush; Sergeant Joseph Piscatella;

Officer Paul H. Alva (#963372); Sergeant Evan A. Couch (#965013); Officer Karisa M. Crawford (#969610); and the City of New York.[1]

**B.      Issuance of summonses**

The Clerk of Court is directed to issue summonses so that Plaintiff can effectuate service of process on the following Defendants: Richard Farrell; John C. Carroll; Joseph Zangrilli; Muriel Goode-Trufant; Hannah Oleynick; Lynn Jerome; Paula Sinclair; and Daniel Friedman. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons.[2]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**CONCLUSION**

The Court directs the Clerk of Court to vacate the order of dismissal (ECF 5) and reopen this action.

The Clerk of Court is directed to electronically notify the New York City Police Department (NYPD) and the New York City Law Department of this order. The Court requests a waiver of service of summons from each of the following Defendants: Detective Greene Kush;

---

[1] If the waiver of service is returned unexecuted for any of the NYPD defendants, Plaintiff must request a summons from the Clerk of Court for any such NYPD defendant and effectuate service of the summons and complaint without assistance from the United States Marshals Service, which assists with service in cases where the plaintiff is proceeding *in forma pauperis*.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff submitted the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

Sergeant Joseph Piscatella; Officer Paul H. Alva (#963372); Sergeant Evan A. Couch (#965013); Officer Karisa M. Crawford (#969610); and the City of New York.

The Clerk of Court is directed to issue summonses for the following defendants: Richard Farrell; John C. Carroll; Joseph Zangrilli; Muriel Goode-Trufant; Hannah Oleynick; Lynn Jerome; Paula Sinclair; and Daniel Friedman.

The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:    February 20, 2026
          New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge

3